Submitted May 5—decided May 31, 1967

YVES M. COTY *v.* STATE OF CONNECTICUT ET AL.

The motion by the defendant Elise K. Coty to dismiss the writ of error from the Superior Court in New Haven County is granted.

The motion by the state to dismiss the writ of error from the Superior Court in New Haven County is granted.

*R. William Bohonnon,* for the appellee (defendant Elise K. Coty).

*Stephen J. O'Neill,* assistant attorney general, for the appellee (state).

*Robert B. Snow, Jr.,* for the appellant (plaintiff).

Argued June 6—decided June 6, 1967